JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DEVON THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Case No. CV 20-5421 FMO<br><br>Case No. CR 16-0526 FMO<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Re: Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated this 16th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge